UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CARLOS DRAYDEN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-1505** |
| **LOUISIANA WORKFORCE AND STAFF, TERREBONNE PARISH WORK RELEASE, CAPT. MICHAEL LEONHIE, C/O RODNEY MARTIN, C/O COREY EWIN, C/O JACOB LIRETTE** | **SECTION "A"(4)** |

## ORDER AND REASONS

Before the Court is a **Motion for Production of Documents (Rec. Doc. No. 19)** filed by the plaintiff, Carlos Drayden. In this motion, Drayden moves the Court to have the defendants provide him with certain enumerated documents under the authority of the Louisiana Public Records Act and specifically, La. Rev. Stat. Ann. § 44:33.

The Louisiana Public Records Act codified at La. Rev. Stat. Ann. § 44:31, *et seq.*, defines certain documents as public records and grants the public access to those records subject to certain defined exceptions. This statutory scheme is a Louisiana state law procedural mechanism, not a federal rule of discovery. Drayden should seek relief under that statutory scheme through the state agencies and state courts as provided therein.

Furthermore, Drayden's motion for production of documents is not a proper means of obtaining the responses and documents he seeks. Drayden must present any discovery requests to

the appropriate party, or non-party, in accordance with Fed. R. Civ. P. 34 and/or Fed. R. Civ. P. 45 within the time limits set by the Court before trial.

To the extent he intends this motion as one to compel discovery from a defendant or non-party, he has not indicated any attempt to obtain the information directly from the appropriate party or non-party such to warrant intervention by the Court to compel responses. Under Fed. R. Civ. P. 37(a)(1), the plaintiff is required to provide a certification that he conferred with opposing counsel to amicably resolve any discovery dispute and to state why they were unable to agree or that opposing counsel refused to so confer after reasonable notice. Drayden has not included a certification of this kind nor has he indicated in any other manner that he attempted to amicably resolve the discovery issues before filing a motion. Thus, he is not entitled to a court order to compel discovery responses at this time. Accordingly,

**IT IS ORDERED** that Drayden's **Motion for Production of Documents (Rec. Doc. No. 19)** is **DENIED**.

New Orleans, Louisiana, this  1st  day of December, 2011.

_____
**KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE**